**Order entered September 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01198-CV

## TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

## V.

## MEGAN LEIGH TODD, Appellee

**On Appeal from the County Court at Law No. 2
Hunt County, Texas
Trial Court Cause No. CC1300106**

## ORDER

We **GRANT** appellant's September 18, 2013 unopposed motion for an extension of time

to file a brief.  Appellant shall file its brief on or before November 4, 2013.

/s/      DAVID LEWIS
JUSTICE